GEORGE LEARY, Respondent, v. WESTCHESTER COUNTY PARK COMMISSION, Appellant.— Order of the County Court of Westchester county reversing judgment of the City Court of New Rochelle reversed on the law, with costs, and said judgment of the City Court of New Rochelle reinstated. The complaint of the plaintiff, respondent, failed to state facts sufficient to constitute a cause of action, in that it failed to contain any allegation showing a compliance with the provisions of chapter 561 of the Laws of 1931.* Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

MARTHA MAYO, Respondent, v. CHARLES L. SCHENCK and ANITA M. S. SCHENCK, Appellants.— Order denying defendants' motion to dismiss amended complaint affirmed, with ten dollars costs and disbursements. The defendants' time to answer is extended ten days from the date of the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

PETER MESSER, Respondent, v. ABRAHAM GUSSOW and NEW MCNEIL REALTY CORPORATION, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

* Amdg. Laws of 1922, chap. 292, § 16.— [REP.

† Motion to dismiss appeal denied, 262 N. Y. ——.